# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2857

_____

| | | |
|---|---|---|
| Khaim Khaimov, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Department of Corrections of the State | * | |
| of Minnesota, et al., | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: July 26, 2002
Filed: August 5, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Khaim Khaimov appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint as frivolous under 28 U.S.C. § 1915A(b)(1). Upon careful de novo review of the record, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999), we conclude that Khaimov's complaint was properly dismissed for the

_____

[1]The HONORABLE RICHARD H. KYLE, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE JONATHAN G. LEBEDOFF, United States Magistrate Judge for the District of Minnesota.

reasons stated by the district court. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We deny Khaimov's motions -- except for the motion to supplement the record with the remainder of his notice of appeal, which is granted.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.